1 | BENJAMIN B. WAGNER
2 | UNITED STATES ATTORNEY
3 | SAMUEL C. SMALL
  | SPECIAL ASSISTANT UNITED STATES ATTORNEY
4 | Office of the Staff Judge Advocate
  | AFFTC/JA
5 | 1 South Rosamond Blvd.
6 | Edwards AFB, California 93524
  | Phone: (661) 277-4316 / Fax: (661) 277-2887

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:11-mj-00056-JLT |
|---|---|
| Plaintiff, | ) Government's Motion to Dismiss |
| v. | ) Date: |
| LEILANI A. MADRONA, | ) Time: |
|  | ) Place: Edwards Air Force Base |
| Defendant. | ) Judge: Hon. Jennifer L. Thurston |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss with prejudice, the Case Number 5:11-mj-00056-JLT against Leilani A. Madrona, in the interest of justice.

Respectfully Submitted

BENJAMIN B. WAGNER
United States Attorney

DATED: 5 January 2012

By   /s/ Samuel C. Small

SAMUEL C. SMALL
Special Assistant United States Attorney

1

## ORDER

1
2  **IT IS SO ORDERED** that the case against Leilani A. Madrona, Case Number
3  5:11-mj-00056-JLT be dismissed with prejudice, in the interest of justice.
4  DATED: January 5, 2012

*/s/ Jennifer L. Thurston*
JENNIFER L. THURSTON
U.S. Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28